IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILY DOBROVOLSKAYA,<br><br>   Movant,<br><br>v.<br><br>MONARCH AIR GROUP, LLC.,<br><br>   Respondent. | Case No.: 25-mc-32<br><br>[Related to Case No. 23-cv-61256-JB pending in the Southern District of Florida] |

### NOTICE OF NON-PARTY LILY DOBROVOLSKAYA'S
### MOTION TO QUASH SUBPOENA

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Non-Party Lily Dobrovolskaya's ("Dobrovolskaya") Motion to Quash Subpoena, Declaration of Lily Dobrovolskaya, and Declaration of Dana J. McElroy and exhibits thereto, Non-Party Dobrovolskaya will move this Court pursuant to Federal Rules of Civil Procedure 45 and 26 and Local Rules 6.1 and 7.1, on a date and time designated by this Court, for an order granting her motion to quash the subpoena issued by Monarch Air Group, LLC, dated December 18, 2024, and served on Dobrovolskaya on December 27, 2024, and granting any such other relief as this Court deems just and proper.

Dated: New York, NY
January 16, 2025

DAVIS WRIGHT TREMAINE LLP

By: */s/ Rachel Strom*
Rachel Strom
rachelstrom@dwt.com
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone (212) 402-4069

THOMAS & LoCICERO PL

Dana J. McElroy (*pro hac vice forthcoming*)

Florida Bar No. 845906
dmcelroy@tlolawfirm.com
915 Middle River Drive
Suite 309
Fort Lauderdale, FL 33304
Telephone (954) 703-3416

James J. McGuire (*pro hac vice forthcoming*)
Florida Bar No. 187798
jmcguire@tlolawfirm.com
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060

*Attorneys for Non-Party Lily Dobrovolskaya*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **16th** day of **January**, **2025**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties and counsel of record via electronic mail and U.S. mail to attorneys for Monarch Air Group, LLC, Joshua R. Kon, Esq., jkon@stoklaw.com; Yosef Y. Kudan, Esq., ykudan@stoklaw.com; of Stok Kon+Braverman, One East Broward Boulevard, Suite 915 Fort Lauderdale, Florida 33301.

/s/ *Rachel Strom*
Attorney
