UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILY DOBROVOLSKAYA,<br><br>       Movant,<br><br> -against-<br><br>MONARCH AIR GROUP, LLC,<br><br>       Respondent | Case No. 1:25-mc-00032 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of Movant Lily Dobrovolskaya's ("Movant") motion to quash a subpoena issued to her arising out of litigation in the United States District Court for the Southern District of Florida. Dkt. 1. Respondent Monarch Air Group, LLC ("Respondent") is directed to submit its response, if any, to the motion to quash by January 31, 2025. Movant's reply, if any, shall be due February 7, 2025. Movant is directed to serve this Order on all parties and counsel of record for Respondent and to file proof of service of the same by January 23, 2025.

Dated: January 17, 2025
   New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge